AUDLEY CLARKE, Respondent, *v.* ADOLPH KOEPPEL et al., Respondents, and BERTHA GLASS, Appellant, Impleaded with Others.

*Clarke* v. *Koeppel*, 136 App. Div. 897, affirmed.
(Argued December 21, 1911; decided January 9, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 6, 1910, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mechanic's lien.

*Lewis E. Carr* and *Julius Levy* for appellant.

*Benjamin Reass* and *George W. Titcomb* for plaintiff, respondent.

*Hugo Hirsh* for defendants, respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, CHASE and COLLIN, JJ. Absent: WILLARD BARTLETT, J.